**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Talcum MARSH, III, Defendant–
Appellant.**

Nos. 06–50449, 06–50457.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Jan. 11, 2008.

Filed Feb. 4, 2008.

Donald F. Gaffney, AUSA, USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, Michael J. Raphael, Esq., for Plaintiff–Appellee.

Ben Coleman, San Diego, CA, for Defendant–Appellant.

Before: FARRIS and M. SMITH, Circuit Judges, and SANDOVAL *, District Judge.

MEMORANDUM **

Talcum Marsh, III appeals from the district court's judgment sentencing him to a 262–month term of imprisonment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

---

* The Honorable Brian E. Sandoval, United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The district court did not err in imposing a twenty-level enhancement for an intended loss amount of $18 million. *See United States v. Tulaner*, 512 F.3d 576, 578 (9th Cir.2008) ("[T]he full scope of the defendant's fraudulent conduct is taken into account when calculating the intended loss."); U.S.S.G. § 2B1.1 (2005).

█ The district court's four-level enhancement of Marsh's sentence under U.S.S.G. § 3B1.1(a) was proper because the evidence supports the district court's determination that Marsh was an organizer or leader. *United States v. Garcia*, 497 F.3d 964, 969–70 (9th Cir.2007); *United States v. Avila*, 95 F.3d 887, 889 (9th Cir. 1996).

█ Because the district court adequately considered the factors identified in 18 U.S.C. § 3553(a), the sentence imposed was reasonable. *See Rita v. United States*, —— U.S. ——, 127 S.Ct. 2456, 2468–69, 168 L.Ed.2d 203 (2007).

**AFFIRMED.**